# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE:

TAKESHA BURDEN-BONNET

**CASE NO:** 18-40051

**CHAPTER:** 7

**JUDGE:** Phillip J Schefferly

Debtor.

_____/

MOTION FOR/TO REOPEN / REINSTATE BANKRUPTCY AND WAIVE FEES

NOW COMES Debtor(s), and brings this motion. In support of Debtor(s)'s motion, Debtor

states the following [state the facts]:

1. DEBTORS CASE WAS DISMISSED FOR FAILURE TO FILE INFORMATION

2. WITH THIS MOTION DEBTOR HAS FILED all schedules and FORMS

3. Debtor requests CASE BE REOPEN / REINSTATED and FEES WAIVED

WHEREFORE, Debtor requests this Court to consider Debtor's Motion and afford Debtor what

further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Respectfully submitted,

Dated: 01/25/2018

_____
(Debtor's Signature)
Print Name: _____


_____
(Co-Debtor's Signature)
Print Name: _____

FILED '18 JAN 25 AM11:11
US BANKRUPTCY MIE-FLNT

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: _18-40051_

_TAKESHA BURDEN-BENNETT_

CHAPTER: _7_

JUDGE: _Phillip J Scheffert_

**Debtor.**

_____/

ORDER GRANTING MOTION TO/FOR _REOPEN) / REINSTATE_ _BANKRUPTCY and WAIVE FEES_

This matter having come before the Court on Debtor's motion, the Court having

considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted.